UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORAYNA GUILLEN DE MERCADO,

                Plaintiff,

    -against-

PIKASSO EMPANADAS Y MAS INC.,
RONALD ESPINAL, and RAFAELINA
FERMIN,

                Defendants.

Case No. 1:26-cv-00288 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       Defendant Pikasso Empanadas y Mas Inc.'s deadline to answer or otherwise respond to the Complaint was February 11, 2026.  Dkt. 6.  Defendants Rafaelina Fermin's and Ronald Espinal's deadline to respond to the Complaint was one day prior, February 10, 2026.  Dkts. 7, 8. To date, Defendants have not answered or otherwise responded to the Complaint.  The Court shall, as a courtesy, extend Defendants' deadline to respond to the Complaint to **March 10, 2026**.

Dated: February 17, 2026
      New York, New York

                               SO ORDERED.

                               _____
                               JENNIFER L. ROCHON
                               United States District Judge