UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORAYNA GUILLEN DE MERCADO,

                Plaintiff,

       -against-

PIKASSO EMPANADAS Y MAS INC.,
RONALD ESPINAL, and RAFAELINA
FERMIN,

                Defendants.

Case No. 1:26-cv-00288 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been advised that the Court-ordered mediation was not held because the parties represented that they have reached settlement on all issues.  *See* Dkt. 15.

Accordingly, by **May 27, 2026**, the parties shall submit a joint letter to this Court clarifying whether they intend to resolve this matter through an offer of judgment and acceptance pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019), or through submission of a settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties' letter should also provide an estimate of the time needed to complete and file their submission.

Dated: May 20, 2026
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge