UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORAYNA GUILLEN DE MERCADO,

                Plaintiff,

      -against-

PIKASSO EMPANADAS Y MAS INC.,
RONALD ESPINAL, and RAFAELINA
FERMIN,

                Defendants.

Case No. 1:26-cv-00288 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 20, 2026, the Court ordered the parties to submit, by May 27, 2026, a joint letter to this Court clarifying the manner in which they intend to settle this case and the proposed timeline for doing so.  *See* Dkt. 16.

That deadline has passed without any communication from the parties.  Accordingly, the parties are ORDERED to comply with the Court's May 20, 2026 order forthwith and no later than **June 5, 2026**.

Dated: May 29, 2026
      New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge